IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| LORRAINE SCHEURER, individually and as Administratrix of the Estate of ROBERTO RODRIGUEZ ZAYAS, Deceased; SONIA ZAYAS, in her Individual capacity wrongful death Beneficiary of ROBERTO RODRIGUEZ ZAYAS, Deceased; LORRAINE SCHEURER, as next friend And mother of M.Z., a minor in his individual Capacity as wrongful death beneficiary of ROBERTO RODRIGUEZ ZAYAS, Deceased. | NO. 1:25-CV-00382 |
| Plaintiffs, | JUDGE McDONOUGH |
| vs. | |
| CITY OF CHATTANOOGA, TENNESSEE; OFFICER DYLAN JOHNSON; OFFICER LEWIS DAVIS; JOHN CHAMBERS, CHIEF OF POLICE, | |
| Defendants. | |

## NOTICE OF APPEARANCE

Please take notice that PHILLIP A. NOBLETT, BPR #10074, KATHRYN C. McDONALD, BPR #30950 and CHRISTOPHER L. McKNIGHT, BPR #34351, does hereby appear as counsel on behalf of the Defendants, City of Chattanooga, Tennessee, Officer Dylan Johnston, Lieutenant Lewis Davis, and Jonathan Chambers, Chief of Police, in their official and individual capacities, in the above-captioned action before the United States District Court, Eastern District of Tennessee, at Chattanooga.

The undersigned is an attorney at law, duly qualified to act as such under the laws of the State of Tennessee and is authorized to appear as such in proceedings before the United States District Court, Eastern District of Tennessee at Chattanooga, under its rules of practice and procedure.

Page **1** of **3**

Case 1:25-cv-00382-TRM-CHS   Document 18   Filed 01/13/26   Page 1 of 3   PageID #: 51

Respectfully submitted,

CITY OF CHATTANOOGA, TENNESSEE
OFFICE OF THE CITY ATTORNEY


By:   s/ Phillip A. Noblett
      PHILLIP A. NOBLETT – BPR #10074
      *City Attorney*
      KATHRYN C. McDONALD – BPR #30950
      CHRISTOPHER L. McKNIGHT - BPR #34351
      *Assistant City Attorneys*
      100 E. 11th Street, Suite 200
      Chattanooga, TN  37402
      (423) 643-8250 – Telephone
      (423) 643-8255 – Facsimile

      *Attorneys for Defendants City of Chattanooga*
      *And Officer Madison, Badge No. 1118*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by electronic mail and/or regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

G. Brent Burks
James R. Kennamer
THE McMAHAN LAW FIRM
P.O. Box 11107
Chattanooga, TN 37401

Robert F. DiCello
Joseph T. Frate
Jordyn A. Parks
DiCELLO LEVITT LLP
8160 Norton Parkway, Third Floor
Mentor, OH 44060

This 13th day of January, 2026.

                                                                                s/ Phillip A. Noblett