IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| LORRAINE SCHEURER, individually and as Administratrix of the Estate of ROBERTO RODRIGUEZ ZAYAS, Deceased; SONIA ZAYAS, in her Individual capacity wrongful death Beneficiary of ROBERTO RODRIGUEZ ZAYAS, Deceased; LORRAINE SCHEURER, as next friend And mother of M.Z., a minor in his individual Capacity as wrongful death beneficiary of ROBERTO RODRIGUEZ ZAYAS, Deceased. | : : : : : : : : : : | NO. 1:25-CV-00382 |
| Plaintiffs, | : : | JUDGE McDONOUGH |
| vs. | : : | |
| CITY OF CHATTANOOGA, TENNESSEE; OFFICER DYLAN JOHNSON; OFFICER LEWS DAVIS; JOHN CHAMBERS, CHIEF OF POLICE, | : : : : | |
| Defendants. | : | |

**NOTICE OF SERVICE OF
DEFENDANTS' RULE 26(A)(1)(A) DISCLOSURES**

Pursuant to Rule 26(a)(1)(A) of the *Federal Rules of Civil Procedure*, Defendants, Dylan Johnston, Lewis Davis, John Chambers, and the City of Chattanooga, by and through counsel, hereby certifies that all parties to this action were served with a copy of Defendants' Initial Rule 26 Disclosures. Said service was made electronically to all counsel:

G. Brent Burks
James R. Kennamer
THE McMAHAN LAW FIRM
P.O. Box 11107
Chattanooga, TN 37401

Robert F. DiCello
Joseph T. Frate
Jordyn A. Parks
DiCELLO LEVITT LLP
8160 Norton Parkway, Third Floor
Mentor, OH 44060

Respectfully submitted,

CITY OF CHATTANOOGA, TENNESSEE
OFFICE OF THE CITY ATTORNEY


By:  s/ Phillip A. Noblett
    PHILLIP A. NOBLETT – BPR #10074
    *City Attorney*
    KATHRYN C. McDONALD – BPR #30950
    CHRISTOPHER L. McKNIGHT - BPR #34351
    *Assistant City Attorneys*
    100 E. 11th Street, Suite 200
    Chattanooga, TN  37402
    (423) 643-8250 – Telephone
    (423) 643-8255 – Facsimile

    *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by electronic mail and/or regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

G. Brent Burks
James R. Kennamer
THE McMAHAN LAW FIRM
P.O. Box 11107
Chattanooga, TN  37401

Robert F. DiCello
Joseph T. Frate
Jordyn A. Parks
DiCELLO LEVITT LLP
8160 Norton Parkway, Third Floor
Mentor, OH  44060

This 2nd day of February, 2026.

                                                   s/ Phillip A. Noblett