IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **LORRAINE SCHEURER**, *et al.*, | )<br>)<br>) CASE NO.: 1:25-CV-00382 |
| Plaintiffs, | )<br>) |
| v. | )<br>)<br>) JUDGE McDONOUGH |
| **CITY OF CHATTANOOGA, TENNESSEE**, *et al.*, | )<br>)<br>) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED**, pursuant to Rule 41(a)(1)(B) of the Federal Rules of Civil Procedure, that the claims against all Defendants are dismissed with prejudice by agreement of the parties.

**RESPECTFULLY SUBMITTED**, this 10th day of February 2026.

/s/ Phillip A. Noblett
PHILLIP A. NOBLETT – BPR #10074
*City Attorney*
KATHRYN C. McDONALD – BPR #30950
CHRISTOPHER L. McKNIGHT - BPR #34351
*Assistant City Attorneys*
100 E. 11th Street, Suite 200
Chattanooga, TN 37402
(423) 643-8250 – Telephone
(423) 643-8255 – Facsimile

***Attorneys for Defendants***

/s/ G. Brent Burks
G. Brent Burks
James R. Kennamer
**THE McMAHAN LAW FIRM**
P.O. Box 11107
Chattanooga, TN 37401

Robert F. DiCello
Joseph T. Frate
Jordyn A. Parks
**DiCELLO LEVITT LLP**
8160 Norton Parkway, Third Floor
Mentor, OH 44060

***Counsel for Plaintiffs***